# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1692

_____

| | | |
|---|---|---|
| David L. Parrish, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Nebraska; Nebraska Workers' | * | |
| Compensation Court; Holiday Inn; | * | Appeal from the United States |
| Joseph Grant, doing business as Gains, | * | District Court for the |
| Mullin, Pansing & Hogan; Melvin C. | * | District of Nebraska. |
| Hansen, doing business as Hansen, | * | |
| Engles & Locher; United States | * | [UNPUBLISHED] |
| Fidelity & Guarantee, doing business | * | |
| as United States Fidelity & Guaranty | * | |
| Company, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 7, 1998

Filed: November 16, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
ARNOLD, Circuit Judges.

_____

PER CURIAM.

David L. Parrish appeals from the district court's[1] dismissal of his complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8. Having carefully reviewed the record and Mr. Parrish's submissions on appeal, we conclude the district court did not abuse its discretion in dismissing Mr. Parrish's complaint. See Atkins v. Northwest Airlines, Inc., 967 F.2d 1197, 1203 (8th Cir. 1992) (standard of review). Accordingly, we affirm the judgment of the district court. 8th Cir. R. 47B.

We also deny all of Mr. Parrish's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.